IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-639-FDW-DCK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER** |
| | ) |
| SCHINDLER ELEVATOR CORPORATION, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Defendant's Motion For Special Admission" (Document No. 6) filed by Julia M. Ebert concerning Stephanie E. Lewis on November 27, 2012. Ms. Lewis seeks to appear as counsel *pro hac vice* for Defendant Schindler Elevator Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, "Defendant's Motion For Special Admission" (Document No. 6) is **GRANTED**. Stephanie E. Lewis is admitted *pro hac vice* to represent the Defendant in this matter, Schindler Elevator Corporation.

Signed: November 27, 2012

David C. Keesler
United States Magistrate Judge